UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 1:07-CR-179-01

JESUS ESTEBAN ALVAREZ,                HON. RICHARD ALAN ENSLEN

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

    **THEREFORE, IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation of the Magistrate Judge, filed September 5, 2007, is **APPROVED** and **ADOPTED** as the Opinion and Findings of this Court.

    2.    Defendant's plea of guilty to Count One of the Information is accepted. Defendant Jesus Esteban Alvarez is adjudicated guilty.

                                                  /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:                RICHARD ALAN ENSLEN
    September 28, 2007               SENIOR UNITED STATES DISTRICT JUDGE